

# IN THE
# TENTH COURT OF APPEALS

### No. 10-22-00176-CV

**VIVIAN SAVAGE,**

**Appellant**

**v.**

**MARVIN WEBSTER AND MARY WEBSTER,**

**Appellees**

### From the 82nd District Court
### Falls County, Texas
### Trial Court No. 40985

## MEMORANDUM OPINION

Vivian Savage appealed the trial court's order granting Marvin and Mary Webster's motion for summary judgment. By letter dated July 27, 2022, the Clerk of this Court notified Savage that no appellant's brief had been filed. In the same letter, the Clerk warned Savage that the Court may dismiss the appeal for want of prosecution unless, within 21 days of the date of the letter, Savage or any party desiring to continue the appeal filed with this Court a response showing grounds for continuing the appeal. More than 21 days have passed, and no response has been filed.

Accordingly, this appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 38.3(a)(1); 42.3.


TOM GRAY
Chief Justice

Before Chief Justice Gray,
      Justice Johnson, and
      Justice Smith
Appeal dismissed
Opinion delivered and filed August 31, 2022
[CV06]

